JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA L.W.,[1] <br><br> Plaintiff, <br><br> v. <br><br> MICHELLE KING, Acting Commissioner of Social Security,[2] <br><br> Defendant. | Case No. 5:24-cv-00618-MAA <br><br> **JUDGMENT** |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

///

///

///

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Michelle King became Acting Commissioner of Social Security on January 20, 2025. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted for Martin J. O'Malley as Defendant in this suit.

1  **IT IS HEREBY ADJUDGED** that the decision of the Commissioner of
2  Social Security is reversed and that this matter is remanded for further administrative
3  proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

5  DATED:   02/04/2025                    _____
6                                          HONORABLE MARIA A. AUDERO
                                           UNITED STATES MAGISTRATE JUDGE