# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA L. WIELE, | ) Case No.: 5:24-cv-00618-MAA |
| Plaintiff, | ) |
| | ) {PROPOSED} ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| MICHELLE KING, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Acting Commissioner of Social | ) AND COSTS PURSUANT TO 28 |
| Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,650.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 2/7/2025

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
3 |    /s/ *Brian C. Shapiro*
4 | BY: _____
    Brian C. Shapiro
5 |     Attorney for plaintiff Nicola L. Wiele